ACCEPTED
12-15-00112-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/4/2015 3:41:31 PM
CATHY LUSK
CLERK

## COURT OF APPEALS NO. 12-15-00112-CR
## TRIAL COURT CAUSE NO. B-21,601

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/4/2015 3:41:31 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **MELISSA BROWNING HERNANDEZ, APPELLANT** | () | **IN THE 12TH COURT** |
| **VS.** | () | **OF APPEALS** |
| **THE STATE OF TEXAS, APPELLEE** | () | **SMITH COUNTY, TEXAS** |

## MOTION FOR EXTENSION OF
## TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, the APPELLEE, State of Texas, by and through her Assistant District Attorney, Daniel Cox, and files this Motion for Extension of Time to File Appellee's Brief and in support of the same would show the following:

I.

1. Appellee's brief is due on or before August 13, 2015

2. Appellee requests an additional 60 days from the current due date of August 13, 2005 to file its brief with the Court.

3. Appellee requests an extension of time for the following reasons:

    a. Undersigned counsel is preparing for a jury trial, to begin August 17, 2015

    b. Undersigned counsel is also responsible for day-to-day dockets and hearings in the 392nd Judicial District Court

    c. Undersigned counsel has a new trial partner, who has never practiced in a district court before. Undersigned counsel is responsible for training and

overseeing this new trial partner.

4. This is the first Motion for Extension of Time requested by Appellee.

5. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, Appellee requests that the Court grant this Motion and extend the deadline for filing its brief for 60 days, making the new deadline October 13 2005.

Respectfully,

Daniel Cox
Assistant District Attorney
109 W. Corsicana, Ste. 103
Athens, Texas 75751
Bar. No. 24074085
Phone: 903-675-6100
Fax: 903-675-6196

## CERTIFICATE OF SERVICE

I, Daniel Cox, do certify that a true and correct copy of the foregoing Motion was delivered to Appellant's Attorney, Ms. Linda Altier, by Email at _____ on this the 4 day of August, 2015.

Signed this the 4 day of August, 2015.

_____
Daniel Cox

**STATE OF TEXAS**         *

**COUNTY OF HENDERSON**      *

## AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared Daniel Cox, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

"My name is Daniel Cox. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the attorney for the State of Texas vs. Melissa Browning Hernandez in Court of Appeals Cause No. 12-15-00112-CR. I have read the foregoing Motion to Extend Time to File Appellee's Brief and it is true and correct."

_____
Daniel Cox

Subscribed and sworn to before me this ____4____ day of ___August___ , 2015

LORNA A. JUMPER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-17-2019

_____
Notary Public-State of Texas